George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Mary Wilson*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Mary Wilson, | Case No.: 2:22-cv-00771-RFB-BNW |
| Plaintiff(s), | |
| v. | **Notice of settlement between Plaintiff and Backgroundchecks.com LLC** |
| Backgroundchecks.com LLC, | |
| Defendant(s). | |

NOTICE            - 1 -

1
2
3

The dispute between Mary Wilson ("Plaintiff") and Backgroundchecks.com LLC ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: September 2, 2022.

                                           **FREEDOM LAW FIRM**

                                           /s/ George Haines
                                         George Haines, Esq.
                                         Gerardo Avalos, Esq.
                                         8985 S. Eastern Ave., Suite 350
                                         Las Vegas, Nevada 89123
                                         *Counsel for Plaintiff Mary Wilson*