Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Mary Wilson*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mary Wilson,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Backgroundchecks.com LLC,<br><br>　　　　　　Defendant. | Case No.: 2:22-cv-00771-RFB-BNW<br><br>**Notice of voluntary dismissal of Backgroundchecks.com LLC with prejudice** |

　　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Mary Wilson voluntarily dismisses with prejudice the claims against Backgroundchecks.com LLC in this case. Each party will bear its own costs, disbursements, and attorney fees.

　　　Dated: December 14, 2022.

　　　　　　　　　　　　　　　**KIND LAW**

　　　　　　　　　　　　　　　 /s/ Michael Kind
　　　　　　　　　　　　　　　Michael Kind, Esq.
　　　　　　　　　　　　　　　8860 South Maryland Parkway, Suite 106
　　　　　　　　　　　　　　　Las Vegas, Nevada 89123
　　　　　　　　　　　　　　　*Attorney for Plaintiff Mary Wilson*

NOTICE　　　　　　　　　　- 1 -